UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leila Cruz McCoy,<br><br>                      Plaintiff,<br><br>v.<br><br>Rady Children's Hospital, San Diego Child Welfare Services, Christopher Hines, Lynette Miller, Renee Silvestri, Daniela Morales, Dr. Jenkins, Dr. Patel, Kimberly Giardina, and Nick Macchione,<br><br>                      Defendants. | Case No.: 23CV35-GPC(KSC)<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILING TO STATE A CLAIM AND FOR FAILING TO PROSECUTE IN COMPLIANCE WITH COURT ORDER REQUIRING AMENDMENT** |

On April 27, 2023, the Court denied Plaintiff's motion to proceed in forma pauperis and sua sponte dismissed the complaint for failing to state a claim with leave to amend. (Dkt. No. 5.) The Court granted Plaintiff leave to file an amended complaint to correct the deficiencies identified in the Court's order no later than May 26, 2023. (*Id.*) One month has passed since the Court's dismissal order, and to date, Plaintiff has not filed an amended complaint, not sought an extension of time to file one and has not filed an amended motion to proceed in forma pauperis. Accordingly, the Court DISMISSES this civil action in its entirety without further leave to amend based on Plaintiff's failure

1

to state a claim upon which relief can be granted and her failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  *See Edwards v. Marin Park,* 356 F.3d 1058, 1065 (9th Cir. 2004) ("The failure of the plaintiff eventually to respond to the court's ultimatum—either by amending the complaint or indicating to the court that [she] will not do so—is properly met with the sanction of a Rule 41(b) dismissal."); *Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the dismissal of the complaint into dismissal of the entire action.").  The Court DIRECTS the Clerk of Court to enter final judgment of dismissal and to close the file.

**IT IS SO ORDERED.**

Dated:  June 28, 2023

Hon. Gonzalo P. Curiel
United States District Judge